E-FILED 01/14/10

**NOTE CHANGES MADE BY THE COURT.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARMEN O. COBIAN, an individual, | Case No.: CV09-4034 PSG (RZx) |
| Plaintiff, | HON. PHILIP S. GUTIERREZ |
| vs. | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |
| WMC MORTGAGE CORP., a California Corporation; SAXON MORTGAGE SERVICES, INC., a Texas Corporation; BEST RATE MORTGAGE, INC., a California Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY; and DOES 1-10, inclusive, | |
| Defendants. | |

## JUDGMENT OF DISMISSAL

On September 16, 2009 the Court issued an Order granting Defendants' Motion to Dismiss. Said Order dismissed all the claims in Plaintiff's Complaint with leave to amend by October 7, 2009. Plaintiff has failed to file the first

| | |
|---|---|
| 1 | amended complaint on or before October 7, 2009 as instructed by this Court's |
| 2 | Order. |
| 3 | Therefore, with good cause appearing: |
| 4 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: |
| 5 | This matter is dismissed in its entirety with prejudice as to ~~all Defendants~~ |
| 6 | ~~and all claims.~~ Saxon Mortgage Services, Inc. and Deutsche Bank |
| 7 | National Trust Company as Trustee for Morgan Stanley |
| 8 | MSAC 2007-HE5, erroneously sued herein as Deutsche Bank |
|   | **IT IS SO ORDERED.** National Trust Co. as Trustee for Morgan Stanley |
| 9 | and without prejudice as to the remaining defendants. |

DATED: 01-14-10

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Marilee V. Johnson, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On December 28, 2009, I served the **NOTICE OF LODGMENT OF [PROPOSED] JUDGMENT OF DISMISSAL** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[X]   (BY FEDERAL EXPRESS NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2009, at Newport Beach, California.

*/s/ Marilee V. Johnson*
Marilee V. Johnson

## SERVICE LIST

Jonathan Oberta Sarte, Esq.
Legal Solutions Group, Inc.
22720 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
Telephone: (818) 224-3216
Fax: (818) 224-5639
**Attorney for Plaintiff, Carmen O. Cobian**